UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JENNIFER REYNOSO,

                              **Plaintiff,**                        22-CV-09595 (VSB)(SN)

        -against-                                          **ORDER**

FMS NEW YORK SERVICES, LLC,

                              **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       In light of the close of fact discovery on September 27, 2023, the parties are directed to contact Courtroom Deputy Diljah Shaw by email at diljah_shaw@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:     September 28, 2023
                New York, New York