UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                              :

JENNIFER REYNOSO                                   :
                                Plaintiff,     :
                                                        :
              -against-                  :                  22-CV-9595 (VSB)
                                                        :
                                                        :                      **ORDER**
FMS NEW YORK SERVICES, LLC.          :
                                                          :
                                Defendant.   :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Pursuant to the Amended Case Management Plan and Scheduling Order, (Doc. 27), the parties in the above-captioned case were directed to submit a joint letter updating the Court regarding the status of this case by October 4, 2023.  Because the parties have not submitted a status update, IT IS HEREBY ORDERED THAT the deadline to file the joint letter is extended until October 6, 2023.  The letter should also note whether the parties are requesting an adjournment of the post-discovery conference that is scheduled for October 11, 2023, at 2:00 p.m.

SO ORDERED.

Dated:     October 5, 2023
              New York, New York

                                                                     Vernon S. Broderick
                                                                     United States District Judge